144 A.3d 707

CONOVER

v.

FISHER

Pet. Docket No. 204, Sept. Term, 2016

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.

144 A.3d 707

COPELAND, Jonathan Blair

v.

STATE of Maryland

Pet. Docket No. 213, Sept. Term, 2016

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.